Current Income is negative (562)